IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: BOBBIE LOUIS SANDFORD RESTITUTION        CAUSE NO. 3:21-MC-14

## ORDER

The undersigned hereby recuses herself from this matter. This case will be reassigned to another Judge in due course.

SO ORDERED, this the 22nd day of April, 2022.

/s/    Sharion Aycock
UNITED STATES DISTRICT JUDGE